UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-473 JSL (MRW) | Date | March 4, 2013 |
|---|---|---|---|
| Title | Luis v. Long | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: DISMISSAL

The Attorney General filed a motion to dismiss the petition as untimely. (Docket # 11.) According to the motion, Petitioner filed his federal habeas action approximately one week after the expiration of the statute of limitations under AEDPA. The Court previously ordered Petitioner to respond to the motion by February 11, 2013. The Court informed Petitioner that his failure to respond would lead the Court to conclude that the motion was unopposed. (Docket # 13.) To date, though, Petitioner has failed to file any opposition to the motion.

Therefore, IT IS ORDERED that Petitioner show cause why this action should not be dismissed based on Defendant's unopposed motion and under Federal Rule of Civil Procedure 41 for failure to prosecute the action. Petitioner must file his response to the Court's OSC by or before March 25, 2013, or the action will be terminated.