UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO LUIS,<br><br>               Petitioner,<br>     vs.<br>DAVID LONG, Warden,<br><br>               Respondent. | Case No. ED CV 12-473 JSL (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: 6/12/13

_____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE