1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO LUIS,<br>             Petitioner,<br>vs.<br>DAVID LONG, Warden,<br>             Respondent. | Case No. ED CV 12-473 JSL (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: 6/12/13

HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE