# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO LUIS,<br><br>　　　　　Petitioner,<br>　　vs.<br>DAVID LONG, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 12-473 JSL (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: 6/12/13

*/s/ Spencer Letts*
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE